### MARK L. BOVA, SR. *v.* COMMISSIONER OF CORRECTION

The petitioner Mark L. Bova, Sr.'s petition for certification for appeal from the Appellate Court, 95 Conn. App. 129 (AC 25892), is denied.

*Auden Grogins*, special public defender, in support of the petition.

*James M. Ralls*, senior assistant state's attorney, in opposition.

Decided June 7, 2006

---

### STATE OF CONNECTICUT *v.* WALTER LAVELL SUTTON

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 139 (AC 25959), is denied.

*Mary F. Boehlert*, special public defender, in support of the petition.

*Lawrence J. Tytla*, senior assistant state's attorney, in opposition.

Decided June 7, 2006